| Date | Pleading Number | |
|---|---|---|
| 9/12/75 | 1 | MOTION AND BRIEF -- Braniff Airways to transfer actions under Section 1407 SUGGESTED TRANSFEREE DISTRICT: N. D. TEXAS |
| 9/12/75 | 2 | SUPPLEMENT TO MOTION -- Braniff Airways - w/cert of service |
| 9/23/75 | | APPEARANCES --FREDERICK H. HIGH, ET AL. JOSEPH W. FORTE, Les Mendelsohn, Esq.; U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION John F. Sherlock, III, Esq.; LOUIS LAMAR, Robert L. McCallum, Esq.; SAMUEL MITCHELL, Samuel I. McHenry, Esq. IBTCWHA, XXXXWXXXXX IBTCWHA Airline Division, Local 19, IBTCHWA, Local 968 IBTCWHA, Hal K. Gillespie, Esq. BRANIFF AIRWAYS, INC., Amos Moses, Esq. |
| 9/25/75 | 3 | RESPONSE -- IBTCWH, (UNIONS' RESPONSE) w/cert. of service |
| 9/29/75 | 4 | RESPONSE -- SAMUEL MITCHELL w/cert. of service |
| 9/29/75 | | REQUEST FOR EXTENSION -- FREDERICK H. HIGH, JOSEPH W. FORTE GRANTED TO OCT. 3, 1975 |
| 9/29/75 | 5 | RESPONSE -- EQUAL EMPLOYMENT OPPORTUNITY COMMISSION w/cert. of service |
| 10/3/75 | 6 | RESPONSE -- FREDERICK HIGH AND JOSEPH FORTE w/cert. of service |
| 10/9/75 | | HEARING ORDER setting A-1 through A-4 for oral hearing October 29, 1975 Orlando, Florida |
| 10/10/75 | 7 | REPLY BRIEF -- Movant Braniff w/cert. of service |
| 10/22/75 | | REQUEST TO FILE -- GRANTED TO IAM&AW 146 and 2210 to 10/22/75 |
| 10/22/75 | 8 | RESPONSE -- MEMORANDUM -- INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, No. 146 and No. 2210 w/cert of service |
| 10/23/75 | 9 | REPLY BRIEF -- U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION w/cert. of service |
| 10/30/75 | 10 | RESPONSE -- FREDERICK HIGH. AND JOSEPH FORTE w/cert. of service |
| 1/26/76 | 11 | SUPPLEMENTAL MEMO -- U. S. EQUAL EMPLOYMENT OPPORTUNITY w/cert. of service |
| 2/5/76 | 12 | RESPONSE -- SUPPLEMENTAL -- BRANIFF w/cert. of service |
| 3/1/76 | | OPINION AND ORDER -- DENYING TRANSFER OF LITIGATION |

## Description of Litigation

MDL NO. 226 -- IN RE BRANIFF AIRWAYS, INC. EMPLOYMENT PRACTICES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 10/29/75

Date(s) of Opinion(s) or Order(s) 3/1/76

Consolidation Ordered ____   Name of Transferee Judge ____

Consolidation Denied xxxx   Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Frederick H. High, et al. v. Braniff Airways, Inc., et al. | W.D.Tex Suttle | SA 73-CA-208 | | | | |
| A-2 | Joseph W. Forte v. Braniff Airways, Inc., et al. | W.D.Tex Suttle | SA 75-CA-204 | | | | |
| A-3 | Louis Lamar, v. Braniff Airways, Inc., et al. | N.D.Tex | CA3-74-915-F | | | | |
| A-4 | Samuel Mitchell v. Braniff International | W.D.Mo. | 75CV407-W-1 | | | | |

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 226 -- IN RE BRANIFF AIRWAYS, INC. EMPLOYMENT PRACTICES LITIGATION

| Plaintiff | Defendant |
|---|---|
| FREDERICK H. HIGH, ET AL. (A-1) <br> JOSEPH W. FORTE (A-2) <br>    Les Mendelsohn, Esquire <br>    Law Offices of Les Mendelsohn <br>    255 San Antonio Bank & Trust Bldg. <br>    711 Navarro Street <br>    San Antonio, Texas  78205 <br><br> INTERVENOR PLAINTIFF (A-1) <br>    UNITED STATES EQUAL EMPLOYMENT <br>    OPPORTUNITY COMMISSION <br>    John F. Sherlock, III, Esquire <br>    Trial Attorney <br>    Office of the General Counsel <br>    Equal Employment Opportunity <br>      Commission <br>    2401 E Street, N.W. <br>    Washington, D. C.  20506 <br><br> LOUIS LAMAR (A-3) <br>    Robert L. McCallum, Esquire <br>    4560 Beltline Road <br>    Suite 410 <br>    Dallas, Texas  75240 <br><br> SAMUEL MITCHELL (A-4) <br>    Samuel I. McHenry, Esquire <br>    The Legal Aid & Defender Society <br>    1718 East 8th Street <br>    Kansas City, Missouri  64106 | INTERNATIONAL ASSOCIATION OF <br> MACHINISTS AND AEROSPACE WORKERS <br>    Chris Dixie, Esquire <br>    Dixie, Wolf & Hall <br>    609 Fanin Street <br>    Suite 401 <br>    Houston, Texas  77002 <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br>    CHAUFFEURS, WAREHOUSEMEN AND HELPERS <br>    OF AMERICA <br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br>    CHAUFFEURS, WAREHOUSEMEN AND HELPERS <br>    OF AMERICA, AIRLINE DIVISION <br> LOCAL 19, INTERNATIONAL BROTHERHOOD <br>    OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN <br>    AND HELPERS OF AMERICA <br> LOCAL 968, INTERNATIONAL BROTHERHOOD <br>    OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN <br>    AND HELPERS OF AMERICA <br>    Hal K. Gillespie, Esquire <br>    Mullinax, Wells, Mauzy & Baab <br>    Suite 200, 8204 Elmbrook Drive <br>    Dallas, Texas  75247 <br><br> BRANIFF AIRWAYS, INC. <br>    Amos Moses, Esquire <br>    Braniff Airways, Incorporated <br>    Mail Station 815 <br>    P.O. Box 35001 <br>    Dallas, Texas  75235 |

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 226 -- IN RE BRANIFF AIRWAYS, INC. EMPLOYMENT PRACTICES LITIGATION

dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| BRANIFF AIRWAYS, INC. | A-1   A-2   A-3 |
| INTERNATIONAL ASSN. OF MACHINISTS & AEROSPACE WORKERS | A-1   A-2 |
| DISTRICT 146 OF THE INTERNATIONAL ASSN. OF MACHINISTS AND AEROSPACE WORKERS | A-1 |
| LODGE 2210, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFERS, WAREHOUSEMEN AND HELPERS OF AMERICA | A-1 |
| AIRLINE DIVISION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFERS WAREHOUSMEN AND HELPERS OF AMERICA | A-1   A-2   A-3 |
| LOCAL 19, International BROTHERHOOD OF TEAMSTERS, CHAUFFERS, WAREHOUSEMEN AND HELPERS OF AMERICA LOCAL 19, IBTCWH | A-1   A-2   A-3 |
| LOCAL 968, IBTCWH | A-2 |
| BRANIFF INTERNATIONAL | A-4 |